IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWIN SOTO-SANTANA, et al., | : | Civ. No. 3:23-CV-1819 |
| Plaintiffs, | : | |
| v. | : | (Magistrate Judge Bloom) |
| STEPHAN WENGEN, | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 3rd day of May 2024, for the reasons set forth in the accompanying Memorandum Opinion, the defendant's motion to dismiss (Doc. 11) is GRANTED, and the plaintiff's complaint is hereby DISMISSED WITH PREJUDICE. The Clerk of Court is directed to close this case.

*s/ Daryl F. Bloom*
Daryl F. Bloom
United States Magistrate Judge
